IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OMID AHMADI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 22-CV-529-CVE-MTS |
| v. | ) |
| | ) |
| (1) CITY OF TULSA; | ) |
| (2) G4S SECURITY SOLUTIONS (USA) INC; | ) |
| (3) JOHN DOE ##1-10 UNIDENTIFIED DETENTION OFFICERS | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

COMES NOW, D. Mitchell Garrett and David C. Bean, and ask this court for an order allowing them to withdraw as attorneys for Plaintiff, Omid Ahmadi. In support of this Motion, the movants show the Court as follows:

1. Plaintiff is currently represented by both D. Mitchell Garrett and David C. Bean of *Garrett Law*.

2. Movants and Plaintiff have reached an impasse regarding the continued direction of this litigation to such an extent that Movant's further representation of Plaintiff would likely be impossible.

3. The movants desire an Order allowing withdrawal due to breakdown in the attorney-client relationship, which makes further representation impossible.

4. The movants contacted Defendant's counsel, Hayes Martin, on August 10, 2023, and Defendant's counsel advised he did not oppose to the filing of this Motion.

5. There are no hearing dates pending in this matter.

6. None of the parties in the above-styled matter will be prejudiced should the Court grant Movant's requested withdrawal from this case.

**WHEREFORE, premises considered,** D. Mitchell Garrett and David C. Bean request that this Court issue an Order granting their withdrawal as attorneys of record in the above-styled case.

                              **Respectfully submitted:**

/s/ D. Mitchell Garrett, Jr.
**D. Mitchell Garrett, Jr., OBA# 20704**
**David C. Bean, OBA #12556**
**GARRETT LAW**
**320 South Boston Avenue, Suite 825-G**
**Tulsa, Oklahoma  74103**
**Telephone: (918) 221-6190**
**Facsimile: (918) 340-6799**
**E-mail: mitchell@garrett.legal**
**Attorneys for Plaintiff**

### CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Hayes T. Martin, Esq.
R. Lawson Vaughn, Esq.

                              /s/ D. Mitchell Garrett
                              **D. Mitchell Garrett**