UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **OMID AHMADI,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. 22-CV-529-CVE-MTS |
| **CITY OF TULSA** **G4S SECURE SOLUTIONS (USA), INC.,** and **JOHN DOES 1-10,** Unidentified Detention Officers, | ) ) ) ) ) ) |
| **Defendants.** | ) |

## ORDER

On August 11, 2023, the Court permitted plaintiff's counsel to withdraw from the case, and plaintiff was ordered to retain substitute counsel or enter a pro se appearance no later than August 28, 2023. Dkt. # 28. To date, plaintiff has not caused substitute counsel to enter an appearance in this matter, and plaintiff has not filed notice that he intends to proceed pro se. Plaintiff was advised that failure to comply with the Court's order could result in sanctions, including the dismissal of this case for failure to prosecute his claims. Id. at 2. The deadline for plaintiff to comply with the court's order has expired, and the Court finds that plaintiff's claims should be dismissed without prejudice for failure to prosecute his claims.

**IT IS THEREFORE ORDERED** that plaintiff's claims are **dismissed without prejudice** for failure to prosecute. A separate judgment of dismissal is entered herewith.

**DATED** this 6th day of September, 2023.

*[signature]*
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE