UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OMID AHMADI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22-CV-529-CVE-MTS |
| | ) |
| CITY OF TULSA | ) |
| G4S SECURE SOLUTIONS (USA), INC., and | ) |
| JOHN DOES 1-10, Unidentified | ) |
| Detention Officers, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT OF DISMISSAL

This matter has come before the Court for consideration and an Order (Dkt. # 30) dismissing plaintiff's claims without prejudice to refiling has been entered. A judgment of dismissal of plaintiff's claims is hereby entered.

**IT IS SO ORDERED** this 6th day of September, 2023.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE